IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-12 J |
| | ) | |
| JOHN F. BOSLET | ) | Filed Electronically |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Arnold P. Bernard, Jr., Assistant United States Attorney for said District, and pursuant to Local Criminal Rule 32.1(D) of the Local Rules of this Court, respectfully represents as follows:

1. The Government received the pre-sentence report for John F. Boslet, and subsequently conferred with United States Probation Officer, Stacy Y. Miller, and Defense Counsel, Christopher B. Brown, Assistant Federal Public Defender, regarding the contents of the pre-sentence report.

2. Pursuant to the Sentencing Guidelines, the Government hereby gives notice it has adopted the findings of the pre-sentence report.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney
PA ID No. 88352


s/ Arnold P. Bernard, Jr.
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734

## CERTIFICATION

I hereby certify that I have previously discussed the above matters with the probation officer and counsel for Defendant. The government has no objections and has adopted the findings of the pre-sentence report.

Dated: July 5, 2019
                                          s/ Arnold P. Bernard, Jr.
                                          ARNOLD P. BERNARD, JR.
                                          Assistant U.S. Attorney

                                          319 Washington Street, Room 200
                                          Johnstown, PA 15901
                                          Phone:   (814) 533-4547
                                          Fax:     (814) 533-4545
                                          Email: arnold.bernard@usdoj.gov
                                          PA ID No. 313734